**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 99-6500**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CHRIS HARPER,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Richard L. Voorhees, District Judge. (CR-96-183-V, CA-99-33-MU)

———————————

Submitted: June 17, 1999          Decided: June 25, 1999

———————————

Before MURNAGHAN and TRAXLER, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Chris Harper, Appellant Pro Se. Brian Lee Whisler, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Chris Harper appeals from the district court order denying his motion for reconsideration of the district court's order denying his in forma pauperis application. The district court denied Harper's in forma pauperis application on July 21, 1997. Harper's motion for reconsideration, essentially seeking relief on the grounds of mistake, was filed on March 8, 1999. Under Rule 60(b) of the Federal Rules of Civil Procedure, a litigant has no more than a year after an order is entered to file a motion for reconsideration on the ground of mistake. See Fed. R. Civ. P. 60(b). Because Harper's Rule 60(b) motion was untimely, we affirm the district court's order denying the motion. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

AFFIRMED

2